Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

Brandon Adams
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Case No.: 2:22-CV-768-SGC
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes ☐ No

Alabama Housing Finance Authority
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff**

Name: Brandon Adams and Krystal Bean
Street Address: 2009 Norman Cir
City and County: Birmingham AL
State and Zip Code: ~~35235~~ Alabama 35235
Telephone Number: (205) 266-8794

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
   Name    Alabama Housing Finance Authority
   Job or Title
   Street Address    7460 Halcyon Pointe Drive, Suit 200
   City and County    Montgomery, ~~AL 36117~~
   State and Zip Code    Alabama 36117

Defendant No. 2
   Name
   Job or Title
   Street Address
   City and County
   State and Zip Code

Defendant No. 3
   Name
   Job or Title
   Street Address
   City and County
   State and Zip Code

Defendant No. 4
   Name
   Job or Title
   Street Address
   City and County
   State and Zip Code

Defendant No. 5
- Name
- Job or Title
- Street Address
- City and County
- State and Zip Code

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question  ☐ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 US.code 1961, 18 US code 1341

Pro Se General Complaint for a Civil Case (Rev. 10/16)

### C. If the Basis for Jurisdiction is Diversity of Citizenship

1. The Plaintiff

   The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____.

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

      The defendant, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

      Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   _____
   _____
   _____

### III. Statement of Claim

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff sent an Affidavit of response for cease and Desist, which The defendant failed to rebutt point for point. Failure to rebutt an Affidavit point for point is admission. "See attachments." Racketeering Activity as defined in 18 U.S.Code 1961. Violation of 18 U.S.Code 1341 by Knowingly participating in The fraud Through The US Mail. Failed to return The original remittance slips coupons.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Any and all of The Securities That was made on The accounts. Any and all Securities made on The remittance coupons. Make Changes to The Plaintiffs credit report Stating The accounts are paid in full, Change any and all late payment into on time payments and change any negative reporting in to a positive reporting. A release from This debt obligation. See Attachments

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name  Brandon    Last Name  Adams

Mailing Address  2009 Norman Cir

City and State  Birmingham AL    Zip Code  35235

Telephone Number  (205) 266-8794

E-mail Address  Brandon3334@ymail.com

Signature of plaintiff  Brandon Adams

Date signed  6-21-2022

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Page 6 of 7

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients
☑ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

Brandon3334@ymail.com

Participant signature: Brian Adams

Date: 6-21-2022

# AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

### AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

Brandon Adams
Krystal Bean
2009 Norman Cir
Birmingham Al 35235

May 10, 2022

ServiSolutions
PO Box 242967
Montgomery, AL 36124

Account #: 2015052614
Account #: 2015052615

### AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

Fact, we, Brandon Adams and Krystal Bean, the affiants, are federally protected consumers, debtors, and holders in due course pursuant UCC 3-306.

Fact, ServiSolutions , is a for-profit company who it regulated but The Truth in Lending Act (TILA).

Fact, the account in question was opened on October 13, 2017, with, First Bank Mortgage, using my personal identification and credit card information as defined in 15 U.S.C. § 1602 (l).

Fact, an account pursuant 12 CFR 1002.2(a) means "an extension of credit. When employed in relation to an account, the word use refers only to open-end credit".

Fact, since opening the account in question in October of 2017, We, have paid a monthly "bill" to ServiSolution, threw online payments, using our personal debit card information.

Fact, We, the affiants, have received several statements including the subject matter of an attempt to collect an alleged debt for Account numbers 2015052614 and 2015052615.

Fact, We, the affiants, have reason to believe and do so believe, as a federally protected consumer and debtor, owe, no such alleged debt(s).

Fact, We, the affiants, have reason to believe and do so believe that all past, present, and future

Doc #: AOR5122022                    Certified Mail #: 7021 0950 0000 4256 4995   Page 1 of 5

# AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

required documentary evidence as requested to clarify and resolve the previously addressed billing error.

Fact, We, the affiants are aware, ServiSolution cannot and shall not restrict nor limit nor cause any disruption of any manner of the account in question pursuant 12 CFR 1026.13d(3), a creditor shall not accelerate any part of the consumer's indebtedness or restrict or close a consumer's account solely because the consumer has exercised in good faith rights provided by this section. A creditor may be subject to the forfeiture penalty under 15 U.S.C. § 1666(e) for failure to comply with any of the requirements of this section.

Fact, We, the affiants are aware, that, ServiSolution is not exempt from any claims or defenses as described in 16 C.F.R. § 433.2(a) as the affiants, may invoke their rights as the debtor in this consumer credit contract against ServiSolution for the unfair and deceptive practices.

Fact, We, the affiants, have reason to believe and do so believe, ServiSolution which is a private for profit corporation, regardless of your/their location, has participated in racketeering activity as defined in Title 18 U.S.Code § 1961, by knowingly, intentionally, with forethought and malice have been sending dividends but, in fact, making me believe that dividend was an invoice for services provided by the utilities companies, which is embezzlement, theft by deception and extortion.

Fact, we, the affiants, have reason to believe and do so believe, ServiSolution is in violation of is a violation of 18 U.S. Code § 1341 by knowingly participating in the fraud through the US Mail.

Fact, without an affidavit response with a rebuttal, point for point, then we are conditionally accepting your non-reasonable response, as frivolous, and We will file fault judgment in the favor of the interest of WE the consumer, holder in due course, attorney, and administrator in fact.

Fact, We, the affiants are aware, an unrebutted affidavit stands as truth in commerce.

Fact, We, the affiants, are invoking my rights pursuant to 15 U.S.Code § 1692c(c), we demand you to cease any collection activity of this alleged debt until you can provide us with the requested information in this affidavit herein.

You have 15 days from the date of delivery to respond to this notice. Should there be dishonor in the aforementioned requested documentation by way of unrebutted affidavit, failure to disclose requested documents or failure of response, and the particular requests to rectify any fault by ServiSolution herein, will serve as acquiescence and your agreement to a default judgment against your company for the dishonor in the negotiable instrument, bank fraud, creation of the false and deceptive form, mishandling of goods, compromising our relationship with other financial institutions and including stress caused to

# AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

our in the attempt of exercising my rights in good faith. However, We do in good faith expect you to handle these matters with ordinary care to address all subject matter. Respectfully.

Notice, WE, the affiants and consumers, in writing with adequate information on all forms of remittance "accepted" and the remittance provider address and the name exactly as it appears on the I.R.S statements so we can resolve this issue post haste. If you are not familiar with remittance transfers, please see Regulation B 12 C.F.R Subpart B "Requirements Remittance Transfers" for your reference. Provide examples of accepted remittance slip transfers, so we may tender a bill of credit approval.

If this notice contains a remittance slip that is not accepted, please return the original coupon with reason as to why it was denied and to whom we may contact to properly endorse the remittance slip to your organization.

We do in good faith expect you to handle these matters with ordinary care to address all subject matter. Respectfully.

We declare under penalty of perjury WITHOUT the United States (28 U.S.C § 1746) that the Above is the Truth, The Whole Truth and Nothing but the Truth to the best of our knowledge and Overstanding.

UCC 1-308 All Right Reserved

_____   5-12-2022
BRANDON COURTEZ ADAMS, executor, consumer, debtor and legal   Date
representative of Brandon Courtez Adams

_____   5-12-2022
KRYSTAL ANN BEAN, executor, consumer, debtor and legal   Date
representative of Krystal Ann Bean

# AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

JURAT

Whereas, we of age, of majority, give this herein notice to all, we make a solemn oath to the one and only most high of creation only, whoever that may be, and we depose the following facts, so be it, nunc pro tunc.

We swear to all information provided herein, we do so under the penalty of perjury that the information we so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it.

On the date of May 12, 2022, agent, Brandon Adams and Krystal Bean came before me today present as a flesh and blood living being (Non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein

Signature _Brandon Adams_

Signature _Krystal Bean_

Sworn to or Affirmed by and subscribed before me on the 12 day of, May year 2022

_Chesleigh Heard_ Notary Name

_Chesleigh Heard_ Notary Signature

CHESLEIGH HEARD
NOTARY PUBLIC
STATE OF ALABAMA
COMM. EXP. 09-13-2025

# AFFIDAVIT OF RESPONSE FOR CEASE AND DESIST

JURAT

Whereas, we of age, of majority, give this herein notice to all, we make a solemn oath to the one and only most high of creation only, whoever that may be, and we depose the following facts, so be it, nunc pro tunc.

We swear to all information provided herein, we do so under the penalty of perjury that the information we so affirm to be true, correct, accurate to the best of my ability and knowledge, so be it.

On the date of May 12, 2022, agent, Brandon Adams and Krystal Bean came before me today present as a flesh and blood living being (Non entity/non debtor) under oath to the most high of creation only and provided the facts listed herein

Signature _Brandon Adams_

Signature _Krystal Bean_

Sworn to or Affirmed by and subscribed before me on the 12 day of, May year 2022

_Chesleigh Heard_ Notary Name

_Chesleigh Heard_ Notary Signature

CHESLEIGH HEARD
NOTARY PUBLIC
STATE OF ALABAMA
COMM. EXP. 09-13-2025

III Statement of Claim

Alabama House Finance Authority securitize my promissory note and still requesting payment from the plaintiff which they never had any authority to securitize the promissory note.

IV Relief

Any and all securities in relation to the promissory notes and all the securities in relation to account numbers 2015052614 and 2015052615, remittance coupons 20150526140000139232000000333360000142568 and 20150526150000054030000000270000005673. Civil Racketeer Influence and Corrupt Organization act due to the racketeering activity in regards to account numbers 2015052614 And the amount of $523,275.99, 2015052615 In the amount of $15,902.28 and for Payment coupons 20150526140000139232000000333360000142568 in the amount of $476,164.68 and 20150526150000054030000000270000005673 in the amount of $9,549.09
$1,000,000.00 for punitive damages so they'll never knowingly and willfully fraud any other consumer again.
72,556.78 in actual damages made by the plaintiff to the defendant.